U.S. Department of Homeland Security

# Order of Release on Recognizance

File No: [redacted]
Date: August 11, 2014
Event No:LAS1408000030

Name: MARIA ROSALES

You have been arrested and placed in removal proceedings. In accordance with section 236 of the Immigration and Nationality Act and the applicable provisions of Title 8 of the Code of Federal Regulations, you are being released on your own recognizance provided you comply with the following conditions:

☒ You must report for any hearing or interview as directed by the Department of Homeland Security or the Executive Office for Immigration Review.

☒ You must surrender for removal from the United States if so ordered.

☒ You must report in (writing) (person) to DEPORTATION OFFICER (NON-DETAINED) Sosa 954-843-5923
( Name and Title of Case Officer)

at 2805 SW 145TH AVENUE, MIRAMAR, FL 33027 (Location of DHS Office) on TUESDAY, AUGUST 26, 2014 (Day of each week or month) at (Time)

If you are allowed to report in writing, the report must contain your name, alien registration number, current address, place of employment, and other pertinent information as required by the officer listed above.

☒ You must not change your place of residence without first securing written permission from the immigration officer listed above.

☒ You must not violate any local, State, or Federal laws or ordinances.

☒ You must assist the Department of Homeland Security in obtaining any necessary travel documents.

☐ Other:

☐ See attached sheet containing other specified conditions (Continue on separate sheet if required)

**NOTICE: Failure to comply with the conditions of this order may result in revocation of your release and your arrest and detention by the Department of Homeland Security.**

(Signature of DHS Official)

BASILIO GARZA JR
PAIC (ACTING)
(Printed Name and Title of Official)

## Alien's Acknowledgment of Conditions of Release on Recognizance

I hereby acknowledge that I have (read) (had interpreted and explained to me in the ENGLISH language) and understand the conditions of my release as set forth in this order. I further understand that if I do not comply with these conditions, the Department of Homeland Security may revoke my release without further notice.

JARROD SIMPSON
(Signature of Immigration Officer Serving Order)

X
(Signature of Alien)

8/11/14
(Date)

## Cancellation of Order

I hereby cancel this order of release because: ☐ The alien failed to comply with the conditions of release.

☐ The alien was taken into custody for removal.

(Signature of Immigration Officer Canceling Order)

(Date)

Form I-220A (Rev. 08/01/07) N