DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## WARRANT OF REMOVAL/DEPORTATION

Subject [redacted]
File No: [redacted]
Event No: BOS2607000517
Date: July 10, 2026

To any immigration officer of the United States Department of Homeland Security:

MARIA ROSALES
(Full name of alien)

who entered the United States at Miami, FL (Place of entry) on September 7, 1998 (Date of entry)

is subject to removal/deportation from the United States, based upon a final order by:

- [x] an immigration judge in exclusion, deportation, or removal proceedings
- [ ] a designated official
- [ ] the Board of Immigration Appeals
- [ ] a United States District or Magistrate Court Judge

and pursuant to the following provisions of the Immigration and Nationality Act:
237a1B;

I, the undersigned officer of the United States, by virtue of the power and authority vested in the Secretary of Homeland Security under the laws of the United States and by his or her direction, command you to take into custody and remove from the United States the above-named alien, pursuant to law, at the expense of:
Salaries and Expenses, Department of Homeland Security

FOR D 7266 WESLING A. DURDEN SDDO 3707
(Signature of immigration officer)

(A) Field Office Director
(Title of immigration officer)

July 10, 2026, Burlington, MA
(Date and office location)

**Alien No:** [redacted]

To be completed by immigration officer executing the warrant: Name of alien being removed:

MARIA ROSALES

**Port, date, and manner of removal:** ____________________

Photograph of alien removed



Right index fingerprint of alien removed

(Signature of alien being fingerprinted)

(Signature and title of immigration officer taking print)

Departure witnessed by: ____________________

(Signature and title of immigration officer)

If actual departure is not witnessed, fully identify source or means of verification of departure:

If self-removal (self-deportation), pursuant to 8 CFR 241.7, check here. ☐

Departure Verified by: ____________________

(Signature and title of immigration officer)