**THE COMMONWEALTH OF MASSACHUSETTS**

**MIDDLESEX , ss.** **DISTRICT COURT DEPT.**

**In re: 1000 District Avenue :**
**Burlington, Massachusetts :**

**AFFIDAVIT OF** Maria Rosales [redacted]

I, maria Rosales with first-hand knowledge of the facts set forth herein, hereby swear to the truth of the following:

1.) That I am a resident of Key Biscayne, FL, and that at all times pertinent to the facts stated herein, and at the time of the execution of this Affidavit, have been and am currently competent to attest to the facts stated herein.
2.) That I was arrested at Boston Logan Airport on 07/10, 2026, and detained by Immigration and Customs Enforcement ("ICE") between 2pm and 3 pm at the premises located at 1000 District Avenue, in Burlington, Massachusetts ("the ICE facility), which is being used as a detention facility for ICE.
3.) That while I was confined to the ICE Facility, I witnessed the following conditions (*Insert information about housing, showers, bathroom facilities, numbers of detainees per room, etc*):
   a. .
   b. .
   c. .
   d. .
   e. .
   f. .

Please see the attached document for additional Information.

4.) That while I was confined in the ICE Facility, I was told by staff at the Facility the following:
   a. .
   b. .
   c. .
   d. .

Please see the attached document for additional information.

5.) *Add in any info about medical conditions, staff response, etc.*

*Intentionally left blank for additional testimony:*

Please see the attached document for additional information.

3.) Housing conditions have been tough, Theres been days we have not Showered, We've been in the same clothes For weeks, and the food is inedible. Some of the girls here refuse to eat because the food is vile and they couldn't stomach it. I've been on my period this week so it is very uncomfortable, especially not being able to shower. I asked for tylenol one night and was disregarded. We have to beg for phone time to speak to our lawyers and our family, but our time is extremely limited. There was a day when the girls kept asking for the phone and for food so the officers got angry and claimed that the phones were down all day, but that same day they came later to give me a call because I assume my brother got involved. I have the contacts of the girls I've been staying with who would agree with these conditions:

Marianne instagram

[redacted]

released

SALMA [redacted]

[redacted]

Kerry [redacted]

[redacted]

leaving on bond

Aline

[redacted]

There were nights we had 8 girls to a room, the room is extremely hot with all those bodies in a tiny cell. Many times when we try to speak to the staff

they get irritated for any questions we ask. They never take into considerat that we just want to have updates. It is very frustrating to be confined to a small space with nothing to do and not know the time or day. We have to beg for water and when we ask for several they limit u there have been days I've had no water left and when they see bottles laying around they assume we have enough but that is not the case. There have been days we have to ask for food several times but they feed us at their convenience. There are no face products to clean our face. All of the shower products are extremely harsh and bad for your skin.

About my case:
I was unaware I had an order of deportation in 2017. If I knew I had a court date I would have attended. When I was arrested at the airport I was not given a warrant for my arrest. I believe the warrent was fabricated at the detention facility. One of my cell mates was given a warrant dated June 10th and she was arrested July 11th so this seems to be an ongoing issue. I believe I am a worthy member of society. I work to take care of my parents, I have my own non profit organization for the youth where I am the director. Our colorguards name is Vestige Winterguard. You can see our mission statement at: www.vestigewinterguard.com our instagram is @vestigewinterguard. We provide a space for young adults to be themselves and express themselves through the performing arts. I love helping people and I was finishing my degree in Miami dade College. I hope to one day become a dermatology nurse practitioner and alway contine to learn by furthering my education.

Sworn under the pains and penalties of perjury,

*signature*

Maria Morales /an

(Name)

Date: 07/17/2026

# Authorization and Limited Power of Attorney

I, Maria Rosales, A# [redacted], hereby appoint and grant my attorneys at Rubin Pomerleau and their associates to act on my behalf in all matters concerning my legal rights and interests while I remain detained. I expressly authorize them to sign, execute, submit, file, and receive any documents, applications, declarations, affidavits, pleadings, or other instruments necessary or incidental to the protection and advancement of my interests. Any act or signature made by the attorneys of Rubin Pomerleau PC pursuant to this authorization shall have the same force and effect as if personally executed by me.

Date: 07-17-26

Signature: