**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

MARIA ROSALES,

Petitioner,

v.

PATRICIA HYDE, *et al.*,

Respondents.

Civil Action No. 1:26-cv-13193-MJJ

**RESPONDENTS' STATUS REPORT**

Pursuant to this Court's Order (ECF No. 14), Respondents respectfully provide the Court with the following status update on the release of Maria Rosales:

On July 20, 2026, the Court Ordered the Respondents to release the Petitioner by 7:00 p.m. that same day. ECF No. 14. Per Immigration and Customs Enforcement agency counsel, the Petitioner was released on July 20, 2026, prior to the 7:00 p.m. deadline. The Respondents will address the remaining claims via a joint proposed schedule for resolution by the Court's deadline. ECF No. 14.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

Dated: July 21, 2026

By: */s/ Vincent Engingro III*
VINCENT ENGINGRO III
Special Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
Tel.: 617-748-3100
Email: Vincent.Engingro@usdoj.gov

**CERTIFICATE OF SERVICE**

I, Vincent Engingro III, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: July 21, 2026

By: /s/ *Vincent Engingro III*
VINCENT ENGINGRO III
Special Assistant United States Attorney